SLD:MJR/PMP
F.#2006R00581
NYNYE-459

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

HUBERT CLARKE,
DAVID CLARKE, and
SHELLY MCQUNE,

           Defendants.

- - - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 13 2006 ★
BROOKLYN OFFICE

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§
  841(b)(1)(A)(ii)(II),
  846, 960(a)(1),
  960(b)(1)(B)(ii) and
  963; T. 18, U.S.C., §§
  3551 et seq.)

THE GRAND JURY CHARGES:

## COUNT ONE

1.    In or about and between October 2003 and April 5, 2005, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants HUBERT CLARKE, DAVID CLARKE and SHELLY MCQUNE, together with others, did knowingly and intentionally conspire to import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

    (Title 21, United States Code, Sections 963, 960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO

2.   In or about and between October 2003 and April 5, 2005, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants HUBERT CLARKE, DAVID CLARKE and SHELLY MCQUNE, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:_____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

2

No. 2006R00581

# UNITED STATES DISTRICT COURT

EASTERN    District of    NEW YORK

## THE UNITED STATES OF AMERICA

vs.

HUBERT CLARKE, DAVID CLARKE and
SHELLY MCQUNE,

Defendant(s).

# I N D I C T M E N T

T. 21, U.S.C. §§ 841(b)(1)(A)(ii)(II),
846, 960(a)(1), 960(b)(1)(B)(ii) and
963; T. 18, U.S.C. §§ 3551 et seq.)

A true bill.

_____ Foreman

Filed in open court this _____ day.

Of _____ A.D. 19 _____

_____ Clerk

Bail, $ _____

MICHAEL RAMOS, AUSA (718) 254-6532

*Deann / Ley*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   APR 13 2006   ★

BROOKLYN OFFICE

**NEW YORK FEDERAL COURT**

**INFORMATION SHEET**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

1.  Title of Case: <u>UNITED STATES v. HUBERT CLARKE, DAVID CLARKE</u> and <u>SHELLY MCQUNE</u>

2.  Related Magistrate Docket Number(s): _N/A_

3.  Arrest Dates: _N/A_

4.  Nature of offense(s):   <u>X</u>   Felony
    ___  Misdemeanor

5.  Related Cases-Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Business Rules): _05-CR-353 (RJD)_
    _U.S. v. Sharwin Lilly, etal._

6.  **Projected Length of Trial:  Less than 6 weeks (x )
    More than 6 weeks ( )**

7.  County in which cause of action arose _QUEENS_
    (Pursuant to Rule 50.1(d) of the Local EDNY Division of Business Rules)

8.  Has this indictment/information been ordered sealed? (X)YES () NO

9.  Have arrest warrants been ordered?     (X) Yes   () No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _Michael V_

MICHAEL RAMOS
Assistant U.S. Attorney
(718) 254-6532

# United States District Court

For The

Eastern District of New York

## United States of America

**Vs.**

Hubert Clarke
David Clarke
Shelly McQune

No. _____ CR.

I, the undersigned foreman of the Grand Jury of this court, at the 1 /23 /2006 Term begun and held at Brooklyn. New York on the 13 Day of April AD 2006 in pursuance of Rule 6 (c) of the Federal Rules of Criminal Procedures, and herein file with the Clerk of the Court a record of the number of grand jurors concurring in the finding of the indictment in the above case, this record shall not to be made public except on order of the court, to wit:

____18____ Grand Jurors Concurring

_____
Foreman signataure