MJR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

HUBERT CLARKE,
DAVID CLARKE, and
SHELLY MCQUNE,

              Defendants.

- - - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 1 2006 ★
BROOKLYN OFFICE

UNSEALING ORDER

06-CR-0256

      Upon the application of the United States Attorney's Office, it is hereby

      ORDERED that the file in the above-captioned case be UNSEALED.

Dated: Brooklyn, New York
       July 28, 2006

                                     s/Ramon E. Reyes
                                     UNITED STATES MAGISTRATE JUDGE
                                     EASTERN DISTRICT OF NEW YORK