```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA
                                        NOTICE OF APPEARANCE
     - against -
                                        Cr. No. 06-256 (RJD)
DAVID CLARKE,

          Defendant.

- - - - - - - - - - - - - - - - -X
```

     PLEASE TAKE NOTICE that Assistant United States Attorney Shannon C. Jones hereby enters her appearance in the above-captioned matter.

```
                              BENTON J. CAMPBELL
                              United States Attorney
                              Eastern District of New York


                         By:  /s/_____
                              Shannon C. Jones
                              Assistant U.S. Attorney
                              Eastern District of New York
                              271 Cadman Plaza East
                              Brooklyn, New York 11201
                              shannon.jones@usdoj.gov
                              (718) 254-6379
```