## GARY SCHOER
ATTORNEY AT LAW
NORTH SHORE ATRIUM
6800 JERICHO TURNPIKE, SUITE 108W
SYOSSET, NEW YORK 11791

(516) 496-3500
FAX (516) 496-3530
EMAIL: GSchoer@aol.com

November 2, 2009

**VIA ECF and REGULAR MAIL**

The Honorable Raymond J. Dearie
Chief Judge -United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attn: Ms. E. Mulqueen

      Re: <u>United States v. David Clarke</u>
           <u>Criminal Docket No. 06-256 (RJD)</u>

Dear Honorable Sir:

    Please accept this letter to confirm that the sentencing in the above captioned matter has been adjourned at my request until December 4, 2009 at 11:30 a.m.

    Thank you for your courtesy herein.

Respectfully,

*Gary Sch*
GARY SCHOER

GS/tm
cc: Shannon Jones, Esq., AUSA (Via ECF)
    David Clarke