Case 1:06-cr-00256-RJD   Document 4   Filed 11/02/09   Page 1 of 1

*Request Approved.*
*Sentencing submissions,*
*if any, due as follows:*
*defense: 11/23/09;*
*Gov't: 11/30/09.*
*So Ordered.*
*11/3/09*

s/ Judge Raymond J. Dearie

# GARY SCHOER
ATTORNEY AT LAW
NORTH SHORE ATRIUM
6800 JERICHO TURNPIKE, SUITE 108W
SYOSSET, NEW YORK 11791

(516) 496-3500
FAX (516) 496-3530
EMAIL: GSchoer@aol.com

November 2, 2009

**VIA ECF and REGULAR MAIL**

The Honorable Raymond J. Dearie
Chief Judge -United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attn: Ms. E. Mulqueen

    Re: <u>United States v. David Clarke</u>
        <u>Criminal Docket No. 06-256 (RJD)</u>

Dear Honorable Sir:

    Please accept this letter to confirm that the sentencing in the above captioned matter has been adjourned at my request until December 4, 2009 at 11:30 a.m.

    Thank you for your courtesy herein.

Respectfully,

GARY SCHOER

GS/tm
cc: Shannon Jones, Esq., AUSA (Via ECF)
    David Clarke